# United States Bankruptcy Court
### Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−12535−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Teresa M. Litzinger
9356 Harts Mill Road
Warrenton, VA 20186

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−5547

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the trustee has advised that there are assets from which a distribution may be paid.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above by the following deadlines:

### Deadline to File a Proof of Claim

| For all creditors (except a governmental unit): | For a governmental unit: |
|---|---|
| **January 21, 2014** | **January 21, 2014** |

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail with the court at the above address. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose photocopy of the proof of claim together with a stamped, self−addressed envelope. Any attachment to the claim must be on 8 1/2" x 11" paper.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Dated:   October 18, 2013                              For the Court,

[VAN004vOct2011.jsp]                                    William C. Redden, Clerk
                                                        United States Bankruptcy Court

```
                                    United States Bankruptcy Court
                                    Eastern District of Virginia
In re:                                                                                  Case No. 13-12535-BFK
Teresa M. Litzinger                                                                     Chapter 7
        Debtor                              CERTIFICATE OF NOTICE
District/off: 0422-9           User: shepherda              Page 1 of 2                 Date Rcvd: Oct 18, 2013
                               Form ID: VAN004              Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2013.
db           +Teresa M. Litzinger,    9356 Harts Mill Road,    Warrenton, VA 20186-8538
cr           +Middleburg Bank,    John B. Connor,    1033 North Fairfax Street,    Suite 310,
               Alexandria, VA 22314-1540
11821896      Account Management Company,    P.O. Box 120567,    Newport News, VA 23612-0567
11821897     +American Collections E,    205 S Whiting St Ste 500,    Alexandria, VA 22304-3632
11821898     +American Collections Ent. Inc.,    P.O. Box 30096,    Alexandria, VA 22310-8096
11821902     +Baumgardner, Brown, & Cupp,    211 A Main Street,    P.O. Box 270,    Washington, VA 22747-0270
11821904     +Bob Charnetski,    P.O. Box 432,    Locust Grove, VA 22508-0432
11821905      Business Revenue Systems,    P.O. Box 13077,    Des Moines, IA 50310-0077
11821909     +CDC Engineering,    7041 Ivy Hill Drive,    Warrenton, VA 20187-9529
11821912    ++COLUMBIA GAS,    ATTN REVENUE RECOVERY,    200 CIVIC CENTER DR 11TH FLOOR,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of VA,      Attn: Bankruptcy,    200 Civic Center Drive,
               Columbus, OH 43215-0000)
11821911     +Chrysalis Couns Ctrs Culp,    605 N. Main Street,    Culpeper, VA 22701-2609
11821914     +Credit Control Corp,    11821 Rock Landing Dr,    Newport News, VA 23606-4207
11821919    ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,      P.O. Box 26666,    18th Floor,
               Richmond, VA 23261-6666)
11821915     +David C. Culbert,    REO Sales, LLC,    30-C Catoctin Circle, S.E.,    Leesburg, VA 20175-3614
11821918     +Dominion Internal Medicine,    225 Oak Springs Drive,    Suite 201,    Warrenton, VA 20186-2187
11821920     +Downey & Mayhugh, P.C.,    82 Main St.,    Warrenton, VA 20186-3390
11821922     +Dunivan Heating and Air,    8146 Poplar Grove Drive,    Warrenton, VA 20187-4359
11821923      Emerald AR Systems, LLC,    P.O. Box 843161,    Los Angeles, CA 90084-3161
11821924     +Fairfax Medical Labs,    4200 Pleasant Valley Road,    Chantilly, VA 20151-1213
11821928     +Fauquier County Treasurer,    P.O. Box 677,    Warrenton, VA 20188-0677
11821929      Fauquier Health,    P.O. Box 441575,    Detroit, MI 48244-1575
11821930     +Fauquier Health Physicians Ser,    550 Hospital Drive,    Warrenton, VA 20186-3027
11821931      Fauquier Hospital,    500 Hospital Drive,    Warrenton, VA 20186-3099
11821932     +Gary T. Rafala,    700 Southridge Parkway,    Suite 301B,    Culpeper, VA 22701-3775
11821934     +Home Depot Credit Services,    P.O. Box 790345,    Saint Louis, MO 63179-0345
11821937      L.J. Foley Plbg & Htg, Inc.,    P.O. Box 419,    Warrenton, VA 20188-0419
11821938      Lab Corp. of America Holdings,    Attn: Patient Services,     P.O. Box 2240,
               Burlington, NC 27216-2240
11821939      Middleburg Bank,    106 Catoctin Circle,    Leesburg, VA 20175-0000
11821940     +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
11821941      Nationwide Credit Corporation,    5503 Cherokee Ave,    Alexandria, VA 22312-2307
11821942      OAC,    P.O. Box 371100,    Milwaukee, WI 53237-2200
11821943     +Old Dominion Pathology Assoc.,    8085 Rivers Ave, #100,    N Charleston, SC 29406-9239
11821944     +Randy Mathers,    14506 Hamowell Drive,    Manassas, VA 20112-3910
11821946     #Rebecca Valker,    320 Millbrook Ter NE,    Leesburg, VA 20176-4861
11821947     +Robert L. Litzinger,    P.O. Box 1207,    Warrenton, VA 20186-1337
11821949      Scheulen, Patchett & Edwards,    P.O. Box 21,    Warrenton, VA 20188-0021
11821948     +Scheulen, Patchett & Edwards,    98 Alexandria Pike,    Suite 22,    Warrenton, VA 20186-2849
11821950      Shenandoah Valley Water & Coff,    P.O. Box 2339,    Staunton, VA 24402-2339
11821951      Solomon & Solomon, PC,    Colimbia Circle, Box 15019,    Albany, NY 12212-5019
11821953     +The Rappaport Companies,    8405 Greensboro Drive,    8th Floor,    McLean, VA 22102-5104
11821954     +Town of Warrenton,    P.O. Drawer 341,    Warrenton, VA 20188-0341
11821955    #+Vantria Fcu,    6708 Backlick Rd,    Springfield, VA 22150-2913
11821956      Vantria Federal Credit Union,    P.O. Box 228,    Wakefield, MA 01880-0428
11821959     +Vicki Mankin,    9618 King George Dr.,    Manassas, VA 20109-3308
11821960      Vicky Mankin,    11200 Rienzi Pl, Apt 102,    Manassas, VA 20109-2747
11821961      Virginia Dept. of Taxation,    Legal Unit,    P.O. Box 2156,    Richmond, VA 23218-2156
11821962      Virginia Emerg. Med. Assoc.,    P.O. Box 10699,    Westminster, CA 92685-0699
11821963     +Virginia Emergency Med. Assoc.,    8 Oak Park Drive,    Bedford, MA 01730-1414
11821964      Virginia Radiology Assoc., PC,    8629 Sudley Road, Suite 102,    Manassas, VA 20110-4590
11821965      Warrenton Medical Associates,    555 Hospital Drive,    Warrenton, VA 20186-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: BJMMEIBURGER.COM Oct 19 2013 01:33:00      Janet M. Meiburger,     The Meiburger Law Firm, P.C.,
               1493 Chain Bridge Road, Suite 201,    McLean, VA 22101-5726
11821899      EDI: AMEREXPR.COM Oct 19 2013 01:33:00      American Express,    P.O. Box 981535,
               El Paso, TX 79998-1535
11821900     +EDI: RMCB.COM Oct 19 2013 01:33:00      American Med. Coll. Agency,    4 Westchester Plaza,
               Building 4,    Elmsford, NY 10523-1612
11821901     +EDI: RMCB.COM Oct 19 2013 01:33:00      American Medical Collection Ag,    4 Westchester Plaza,
               Suite 110,    Elmsford, NY 10523-1615
11821903      E-mail/Text: bankruptcy@bbandt.com Oct 19 2013 02:11:27       BB&T Merchant Services,
               P.O. Box 200,    Wilson, NC 27894-0200
11821908      EDI: CBCSI.COM Oct 19 2013 01:33:00      CBCS,    P.O. Box 163250,    Columbus, OH 43216-3250
11821906     +EDI: CAPITALONE.COM Oct 19 2013 01:33:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
11821907     +EDI: CHASE.COM Oct 19 2013 01:33:00      Cardmember Service,    P.O. Box 15548,
               Wilmington, DE 19886-5548
11821910     +EDI: CHASE.COM Oct 19 2013 01:33:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11821913     +EDI: WFNNB.COM Oct 19 2013 01:33:00    Comenity Bank/Peebles,   Attention: Bankruptcy,
              Po Box 182686,    Columbus, OH 43218-2686
11821916      EDI: RCSDELL.COM Oct 19 2013 01:33:00    Dell Financial Services,    P.O. Box 81577,
              Austin, TX 78708-1577
11821917     +EDI: ESSL.COM Oct 19 2013 01:33:00    DISH Network,    P.O. Box 9033,    Littleton, CO 80160-9033
11821921     +EDI: TSYS2.COM Oct 19 2013 01:33:00    Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
11821925      E-mail/Text: lmorgan@frcpc.net Oct 19 2013 02:18:31    Fairfax Radiological Cons.,
              P.O. Box 3700,    Merrifield, VA 22116-3700
11821926     +E-mail/Text: lmorgan@frcpc.net Oct 19 2013 02:18:31    Fairfax Radiological Consult.,
              2722 Merrilee Drive,    Suite 230,    Fairfax, VA 22031-4416
11821927     +EDI: WFNNB.COM Oct 19 2013 01:33:00    Fashion Bug/soanb/WFNNB,    Wfnnb,    Po Box 182125,
              Columbus, OH 43218-2125
11821933     +EDI: RMSC.COM Oct 19 2013 01:33:00    GECRB/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
11821935      EDI: IRS.COM Oct 19 2013 01:33:00    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
11821936     +EDI: CBSKOHLS.COM Oct 19 2013 01:33:00    Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
11821945     +E-mail/Text: wtolson@rrcsb.org Oct 19 2013 02:15:11    Rappahannock Rapidan,    P.O. Box 1568,
              Culpeper, VA 22701-6568
11821952      E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 19 2013 02:17:38    State Farm,
              P.O. Box 2329,    Bloomington, IL 61702-2329
11821957     +EDI: AFNIVERIZONE.COM Oct 19 2013 01:33:00    Verizon,    500 Technology Dr Ste 30,
              Weldon Spring, MO 63304-2225
11821958     +EDI: AFNIVERIZON.COM Oct 19 2013 01:33:00    Verizon,    P.O. Box 33078,
              Saint Petersburg, FL 33733-8078
                                                                                              TOTAL: 23
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           Janet M. Meiburger,   The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,
              McLean, VA  22101-5726
11821966*    +Warrenton Medical Associates,    555 Hospital Drive,    Warrenton, VA 20186-3028
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2013 at the address(es) listed below:
              Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
              Janet M. Meiburger    on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com,
               VA41@ecfcbis.com
              John Bernard Connor    on behalf of Creditor    Middleburg Bank jack@johnbconnor.com
              Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
              Ronald J. Aiani    on behalf of Debtor Teresa M. Litzinger raiani@aianilaw.com,
               sbaughan@aianilaw.com
                                                                                              TOTAL: 5