IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| TERESA M. LITZINGER | ) ) | Case No. 13-12535-BFK |
|  | ) | Chapter 7 |
| Debtor | ) ) | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO COMPEL
DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**

PLEASE TAKE NOTICE that Janet M. Meiburger, Esq., the trustee for the estate of the debtor in the above-named case, by counsel, has filed a Trustee's Motion to Compel Debtor to Turn Over Property of the Estate (the "Motion"). A copy of the Motion is being sent to you with this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

- **ON OR BEFORE TUESDAY, FEBRUARY 18, 2014** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before Tuesday, February 18, 2014, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before Tuesday, February 18, 2014.

- Attend the hearing scheduled to be held on **Tuesday, February 25, 2014, at 9:30 a.m.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

- Provide a copy of any written response to the following persons:

| | |
|---|---|
| Janet M. Meiburger, Esq. | Office of the United States Trustee |
| The Meiburger Law Firm, P.C. | 115 S. Union Street |
| 1493 Chain Bridge Road | Room 210 |
| Suite 201 | Alexandria, VA 22314 |
| McLean, VA 22101 | |

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: January 31, 2014        By: /s/ Janet M. Meiburger
                                      Janet M. Meiburger, Esq., VSB No. 31842
                                      The Meiburger Law Firm, P.C.
                                      1493 Chain Bridge Road, Suite 201
                                      McLean, Virginia 22101
                                      (703) 556-7871
                                      Proposed Counsel to Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 31st day of January, 2014, a true and correct copy of the foregoing Notice of Hearing on Trustee's Motion to Compel Debtor to Turn Over Property of the Estate will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Ronald J. Aiani
86 East Lee St.
Warrenton, VA 20186-3328
*Counsel for the Debtor*

Teresa M. Litzinger
9356 Harts Mill Road
Warrenton, VA 20186

                                               /s/ Janet M. Meiburger
                                               Janet M. Meiburger