IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| TERESA M. LITZINGER ) | Case No. 13-12535-BFK |
| ) | Chapter 7 |
| Debtor ) | |

**WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL DEBTOR
TO TURN OVER PROPERTY OF THE ESTATE**

Janet M. Meiburger, Esq., the Chapter 7 trustee for the estate of the debtor in the above-named case (the "Trustee"), by counsel, hereby withdraws the Trustee's Motion to Compel Debtor to Turn Over Property of the Estate (the "Motion") (Docket No. 23). The Debtor has turned the property of the estate over to the Trustee. Accordingly, the Trustee withdraws the Motion.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: February 24, 2014
By: /s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 24th day of February, 2014, a true and correct copy of the foregoing Withdrawal of Trustee's Motion to Compel Debtor to Turn Over Property of the Estate will be served by ECF e mail pursuant to the applicable Standing Order of the Court.

/s/ Janet M. Meiburger
Janet M. Meiburger